# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| CASH BURCH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITY OF WATERLOO, ) <br> JORDAN EHLERS, LUCAS ) <br> SCARBROUGH and ) <br> ADAM GALBRAITH, ) <br> ) <br> Defendants. ) | No. C19-2035-LTS <br><br> NOTICE OF APPEAL |

    Notice is hereby given that Plaintiff Cash Burch appeals to the United States Court of Appeals for the Eighth Circuit from the Final Judgment entered June 25, 2021 (Docket 47), the Order granting summary judgment filed on June 25, 2021 (Docket No. 46), and the Initial Review Order filed on March 30, 2020 (Docket No. 4), and all rulings and orders inhering therein.

    Note: The undersigned counsel's appointment in this matter ended with the entry of judgment in this case. Counsel is filing this Notice of Appeal as a courtesy to Plaintiff Cash Burch and pursuant to a limited services agreement (limited to filing the Notice of Appeal) because Plaintiff Burch is currently in lockdown at the prison where he is confined and does not have access to his legal paperwork. The deadline for filing a Notice of Appeal is July 26, 2021. It is anticipated that Plaintiff Burch will be filing an Application to waive the appeal filing fee, a Motion for appointment of counsel, and other documents when he is able to do so.

Respectfully Submitted,

　　　　　　　　　　　__/s/ Webb L. Wassmer_
　　　　　　　　　　　Webb L. Wassmer
　　　　　　　　　　　*Wassmer Law Office PLC*
　　　　　　　　　　　5320 Winslow Road
　　　　　　　　　　　Marion, IA 52302
　　　　　　　　　　　Tele:  (319) 210-4288
　　　　　　　　　　　wassmerlaw@yahoo.com

　　　　　　　　　　　Attorney for Plaintiff Cash Burch

CERTIFICATE OF SERVICE

I certify that on July 23, 2021, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to all registered filers who have appeared in this matter.

　　**By:** _____/s/ Webb Wassmer_____
　　**Webb Wassmer**

2

Case 6:19-cv-02035-LTS-MAR   Document 48   Filed 07/23/21   Page 2 of 2